FILED

12/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0689

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0689

SHANE CLARK JOHNSON,

Petitioner,

v.

TWELFTH JUDICIAL DISTRICT COURT,
HON. KAYDEE SNIPES RUIZ,

Respondents.

FILED

DEC 2 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

DEC 2 0 2022

Bowen ... ...
Clerk ... ...
State of Montana

Shane Clark Johnson has filed a "Motion for Supervisory Control" requesting that this Court "order the District Court to rule on [his] lawsuit and be paid in full $1100." We amend the caption to indicate the District Court and presiding Judge. M. R. App. P. 14(6).

Supervisory control may be appropriate on a case-by-case basis. "This extraordinary remedy can be invoked when the case involves purely legal questions and urgent or emergency factors make the normal appeal process inadequate." *State v. Spady*, 2015 MT 218, ¶ 11, 380 Mont. 179, 354 P.3d 590 (citing M. R. App. P. 14(3); *Redding v. McCarter*, 2012 MT 144, ¶ 17, 365 Mont. 316, 281 P.3d 189). One of three additional criteria must be met. *Spady*, ¶ 11; M. R. App. P. 14(3)(a)-(c).

Johnson explains that he brought a lawsuit against the Hill County Attorney and the Department of Corrections for missing legal mail and other items he purchased from the canteen when he was moved from the Montana State Prison to CoreCivic on November 9, 2021. Johnson includes a list of the items. He also includes a copy of a May 18, 2022 kite, or inmate/offender informal resolution form and the response from the Department of Corrections.

Johnson has a remedy but it is not found in the District Court or this Court. As explained in the response to Johnson's kite, the Department of Corrections will reimburse him for items up to $13.18 and will work with him to obtain copies of his legal

documents—up to $75. Johnson's remedy is found within the Department of Corrections and their policy for providing him his items.

The extraordinary remedy of a writ of supervisory control does not lie here and his motion is not warranted. M. R. App. P. 14(3); *Spady*, ¶ 11. He is not entitled to monetary damages. Therefore,

IT IS ORDERED Johnson's Petition for a Writ of Supervisory Control is DISMISSED.

The Clerk is directed to provide a copy of this Order to: Honorable Kaydee Snipes Ruiz, District Court Judge; Cindy Kennedy Trant, Court Reporter; Kathie Vigliotti, Clerk of District Court, Hill County, under Cause No. DV-21-093; counsel of record; and Shane Clark Johnson personally.

DATED this 20 day of December, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2